# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2350
_____

GEORGE WILL,

    Appellant,

    v.

CITY OF HIGH SPRINGS, a
Municipal Corporation in the
State of Florida, and HIGH
SPRINGS LAND DEVELOPMENT,
LLC,

    Appellees.

_____


On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

June 25, 2018


PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John M. Wagner, High Springs, for Appellant.

Meagan L. Logan, Jacksonville; Thomas J. Kennon, III, and John J. Joyce, Lake City, for Appellees.